IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA   )
                            )    CRIMINAL ACTION NO.
    v.                  )     3:01cr94-01-MHT
                            )       (WO)
CARLTON ALBERT "PEE WEE"  )
BAKER, JR.               )

### ORDER AND RECOMMENDATION

Defendant Carlton Albert "Pee Wee" Baker, Jr. filed a pro se motion, seeking a judicial recommendation for placement in a halfway house and home confinement. As this court sentenced Baker to imprisonment for a term of years, it may make a recommendation as to the type of penal or correctional institution that is appropriate. 18 U.S.C. § 3621(b)(4)(B). The Bureau of Prisons (BOP) considers the recommendation of the sentencing court in assigning prisoners among its various facilities. Id. at § 3621(b). This court appreciates its role in aiding BOP in the exercise of its discretion and does not take lightly its power to do so.

The court solicited the opinions and expertise of the United States Attorney for the Middle District of Alabama and the United States Probation Office. Both offices agree that the court is empowered to recommend Baker participate in community-based corrections during the last year of his federal sentence, and neither opposes the court making such a recommendation in this case.

The court then completed its own review of Baker's case. This involved reviewing his underlying offense, his pro se motion, the discipline data, a BOP team assessment (dated September 12, 2002), two letters from his BOP supervisors, a high school diploma granted during his incarceration, a transcript, and 25 pages of certificates for programs completed and recognitions earned.

Taking into consideration the opinions of the government and probation along with its own independent review, the court concludes that both society and Baker

will benefit from his placement in a halfway house and home confinement.

The court sentenced Baker to a 180-month federal prison term for conspiring to distribute and possess with intent to distribute methamphetamine and for possession of a firearm (a semiautomatic assault weapon) during and in relation to a drug trafficking crime. He began serving this sentence on March 15, 2002, and he has a projected release date of April 14, 2014.

Baker is currently housed in a minimum-security federal prison and "has taken full advantage of the educational and vocational opportunities presented to him during his incarceration." U.S.P.O. Resp. (Doc. No. 405) at 2. He passed the General Educational Development, or GED, tests and received his diploma in 2002.

According to Keith Dewberry, an Industrial Specialist with BOP, Baker has "extremely high" skills in welding, mechanical engineering and repair, high voltage electrical work, hydraulics, pneumatics, concrete work,

electronic repair, auto maintenance and repair, lift truck operations, refrigeration, "etc., etc., etc." Def. Exhibits (Doc. No. 403-1) at 6. Dewberry calls "knowledge, skills and abilities in these highly technical areas" "truly amazing." Id. He trains other inmates not just on his own team, but "of every job description at this facility." Id. Dewberry reports receiving requests from various BOP supervisors and managers for Baker to work with them "almost on a daily basis." Id. He states that Baker is "uniquely talented and skilled in almost every discipline and trade ever needed by this institution" and has saved BOP "thousands of dollars" during his time there. Id.

Dewberry goes on to detail Baker's strength of character and quiet demeanor. Baker has "maintained extremely strong ties with his wife and children and takes care of them as much as is possible from the confines of federal prison." Id. at 7. Baker has also taken the step of reaching out to mentor other inmates,

4

whether through "a personal wellness plan, helping them plan their future, teaching them to read, teaching a class for the Education Department, or helping them write a letter." Id. Dewberry concludes that Baker's character "as a man is as high as anyone I have met, inmate or not," and notes this is the first letter of its kind that he has written in 23 years of service with BOP. Id.

Dewberry is not alone in holding a high opinion of Baker. Another work supervisor, Yul Bowles, recommends Baker be placed in a halfway house because he feels "he deserves it." Def. Exhibits (Doc. No. 403-1) at 8. Bowles supervised Baker for three years, during which time Baker was the first inmate on site and the last to leave. Bowles recalls that he "never had to look for [Baker] nor did he ever run from work. If it meant staying extra during lunch, I never asked; he just did it." Id.

The court is impressed that Baker has used the past eleven years to learn technical skills, address his substance abuse, repair his relationship with his family, and improve the very facilities he served in. The record shows his involvement in the following BOP programs: drug abuse education; anger management; therapeutic exercise; dads in prison; family communication; intro to the family; toddler self-esteem; discipline in the family; parenting from prison; 50 one-minute tips for better communication; memory skills; starting your own business; certification as understanding financial statements; your own home; and writing and implementing a marketing plan. He completed courses in electricity for appliance service, motors for electrical appliances, technical math, technical communications, resistance heating/gas appliances, motor-driven appliances, domestic refrigeration, and refrigeration/air conditioning and sewing-machine maintenance; and he has received universal technician certification. This record reflects a desire

and a preparedness to resume life outside of prison in a healthy, productive manner.

According to BOP Policy Statement 7310.04, Community Corrections Centers

> "provide an excellent transitional environment for inmates nearing the end of their sentences. The level of structure and supervision assures accountability and program opportunities and supervision assures accountability and program opportunities in employment counseling and placement, substance abuse, and daily life skills."

As Baker nears the end of his 180-month prison sentence, he could benefit greatly from the type of transitional environment BOP offers through its Community Corrections Centers. Society, too, has an interest in ensuring a successful transition and decreasing the risk that he may return to old habits.

\*\*\*

As such, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Carlton Albert "Pee Wee" Baker, Jr.'s motion for a judicial recommendation for placement in a halfway house and home confinement (doc. no. 403) is granted.

(2) It is recommended that defendant Baker serve six months in a halfway house/community confinement, to be followed by six months in home confinement.

DONE, this the 29th day of January, 2013.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**